UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60324-CIV-SMITH

LIDWIN JULIANA MENDES,

    Plaintiff,

v.

ENDOCRINOLOGY & DIABETES
ASSOCIATES, P.A. and VIVIAN ROSE,

Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 36], in which the Magistrate Judge recommends granting the parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 34]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation on Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 36] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 34] is **GRANTED.**

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) This case is **DISMISSED with prejudice.**

5)      This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 25th day of September, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record